RECEIVED

APR 1 6 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

STACY TULLOS (#365832)            DOCKET NO. 11-CV-1503; SEC. P

VERSUS                            JUDGE James Trimble Jr.

RAPIDES PARISH SHERIFF'S OFFICE   MAGISTRATE JUDGE JAMES D. KIRK


### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 16th day of April, 2012.


_____
~~DEE D. DRELL~~ James Trimble Jr.
UNITED STATES DISTRICT JUDGE