RECEIVED

APR 16 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| STACY TULLOS (#365832) | DOCKET NO. 11-CV-1503; SEC. P |
| VERSUS | JUDGE James Trimble, Jr. |
| RAPIDES PARISH SHERIFF'S OFFICE | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 16th day of April, 2012.

~~DEE D. DRELL~~ James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE